

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2021

No. 04-20-00359-CV

Brandon **HJELLA**,
Appellant

v.

**RED MCCOMBS MOTORS, LTD**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI15792
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

The Appellant's Second Unopposed Motion for Extension of Time to File Appellant's Reply Brief is hereby GRANTED. The appellant's reply brief is due on before June 15, 2021.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court